DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IRVING V. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2964

[November 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2015-CF-001540-AXXX-MB.

Irving V. Brown, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and WARNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***